IH-32                                                                                          Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

GEORGE C. FENG AND TOM FENG,

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-10496 |
| THE GOLDFIELD CORPORATION, DAVID P. BICKS, HARVEY C. EADS, JR., JOHN P. FAZZINI, DANFORTH E. LEITNER, and STEPHEN L. APPEL, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

HECTOR LLORENS,

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-10297 |
| THE GOLDFIELD CORPORATION, DAVID P. BICKS, HARVEY C. EADS, JR., JOHN P. FAZZINI, DANFORTH E. LEITNER, and STEPHEN L. APPEL, | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on December 7, 2020.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The later filed case arises out of the same transaction as the earlier filed case. Specifically, both cases arise from the same Merger Agreement entered into November 24, 2020 betweenThe Goldfield Corp. and First Reserve XIV Advisors, L.L.C.and allege violations of sections 14(d), 14(e),and 20(a) of the Securities Exchange Act of 1934.

Signature: s/Justin Kuehn                              Date: 12/11/2020

Firm: Moore Kuehn, PLLC